ROBERT S. BREWER, JR.
United States Attorney
CONNIE WU
Assistant United States Attorney
California Bar No. 297177
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8592

Attorneys for Plaintiff,
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 20CR3235 |
|---|---|
| Plaintiff, | **DEFENDANT'S STIPULATION REGARDING THE DISCLOSURE AND USE OF TITLE III LINE SHEETS AND TITLE III TRANSCRIPTS** |
| v. | |
| JUSTIN NEIL FAY, | |
| Defendant. | |

It is the position of the Government that line sheets and draft Title III transcripts are not final reports or documents and are not discoverable items under Rule 16 of the Federal Rules of Criminal Procedure or the Jencks Act. However, the Government is willing under the conditions set out in this stipulation to provide these materials to the defense in order to aid the defendant in reviewing Title III evidence obtained during this investigation. In exchange for the Government's agreement to produce the Title III line sheets and draft Title III transcripts in discovery, the defendant hereby stipulates and agrees:

(1) that the "line sheets" and "draft transcripts" will only be used to assist counsel in preparing for trial and related proceedings and will not be used for any other purpose;

(2) that, among these limitations, the "line sheets" and "draft transcripts" will not be used:

     (a) in connection with any motion challenging the Title III; (b) to examine or cross examine any witness; (c) to impeach the credibility of any witness; (d) to refresh the recollection of any witness; and/or (e) as trial exhibits;

(3) that the "line sheets" and "draft transcripts," and/or their contents, cannot be copied, distributed, or otherwise communicated to anyone who has not signed this stipulation other than those who work directly under the supervision of the undersigned defense counsel;

(4) that the "line sheets" and "draft transcripts," are the property of the United States Attorney's Office for the Southern District of California and must be returned to the Government upon demand, completion of the case, or upon the termination of counsel's representation in connection with the above-captioned case.

SO STIPULATED AND AGREED.

DATED: 11/30/2020

CONNIE V. WU
Assistant United States Attorney

DATED: 12/2/2020

DAVID SILLDORF
Attorney for Defendant
JUSTIN NEIL FAY

STIPULATION REGARDING THE DISCLOSURE
AND USE OF TITLE III LINE SHEETS AND TITLE III
TRANSCRIPTS

2