**DAVID R. SILLDORF**
California Bar No. 253237
**LAW OFFICES OF DAVID R. SILLDORF, APC**
402 W. Broadway, Suite 1300
San Diego CA, 92101
Telephone: (619) 326-9093
Facsimile: (619) 326-9095
Email: david@davidsilldorflaw.com

Attorney for Justin Neil Fay

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE ROBERT S. HUIE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-03235-RSH |
| Plaintiff, | |
| v. | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| JUSTIN NEIL FAY, | |
| Defendant. | |

I, Justin Neil Fay, defendant in the above-entitled criminal matter, hereby acknowledge I must be present before the Honorable Robert S. Huie on October 21, 2022 at 1:30 p.m., for a motion hearing / trial setting.

Respectfully submitted,

Dated: 9/2/22

Justin Neil Fay

-1-

20-CR-03