**DAVID R. SILLDORF**
California Bar No. 253237
**LAW OFFICES OF DAVID R. SILLDORF, APC**
402 W. Broadway, Suite 1300
San Diego, California 92101
Telephone: (619) 326-9093
Facsimile: (619) 326-9095
Email: david@davidsilldorflaw.com

Attorney for Mr. Justin Neil Fay

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROBERT S. HUIE)**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JUSTIN NEIL FAY, <br> Defendant. | Case No. 20-CR-03235-RSH <br><br> NOTICE OF WITHDRAWAL OF DOCUMENT (DOCKET NO. 112) |

Please take notice that it has come to counsel for Mr. Fay's attention that Document Number 112 (Notice of Attorney Appearance) was inadvertently filed under the wrong "Event." Mr. Fay hereby withdraws his filing (Document Number 112), shall re-file a corrected Acknowledgment of Next Court Date, and apologizes to Court and counsel for any unnecessary inconvenience or confusion.

Dated: September 2, 2022

Respectfully submitted,

*/s/ David R. Silldorf*

**DAVID R. SILLDORF**
Attorney for Mr. Fay

20-CR-03235-RSH